### AUSTIN & McWILLIAMS *v.* HENRY E. MOORE.

In cases involving questions of fact, and where, usually, the evidence does not fully concord, no damages, as for a frivolous appeal, can be allowed.

APPEAL from the District Court of the Parish of Iberville, *Avery,* J. *Samuel Mathews,* for plaintiff. *Zenon Labauve,* for defendant.

DUFFEL, J. This case presents simple questions of facts, and we cannot say that the District Judge, who has reviewed the whole evidence with particular care, has erred in his appreciation.

In cases involving questions of facts, and where, usually, the evidence does not fully concord, no damages, as for a frivolous appeal, can be allowed.

Judgment affirmed.